**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

CHANDRA LYONS                                                                              PLAINTIFF
ADC #704518

V.                                        1:14CV00123 BSM/HDY

LINDA DIXON *et al.*                                                                      DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Judge Brian S. Miller.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

1

3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof,  and a copy,  or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff Chandra Lyons, currently incarcerated at the Arkansas Department of Correction's McPherson Unit, filed a *pro se* complaint (docket entry #1), pursuant to 42 U.S.C. § 1983.  Plaintiff did not pay the $400.00 filing and administrative fees, or file an application for leave to proceed *in forma pauperis*.

Because Plaintiff is not entitled to *in forma pauperis* status, her complaint should be dismissed, without prejudice, pursuant to the three-strikes provision of the Prison Litigation Reform Act ("PLRA"),

Under the three-strikes provision of the PLRA, a prisoner may not bring a civil action *in forma pauperis* if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  The Eighth Circuit has explicitly upheld the constitutionality of the three-strikes provision.  *Higgins v.*

*Carpenter*, 258 F.3d 797 (8th Cir. 2001).

Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that Plaintiff has had at least three prior civil actions dismissed for failure to state a claim upon which relief may be granted.[1]  The Court additionally finds, based on the allegations contained in Plaintiff's present complaint, that she is not in imminent danger of serious physical injury.  Specifically, Plaintiff has made allegations relating to events dating to 2005, air conditioning problems in the summer of 2014, complaints of birds on the prison grounds which may be infected with a virus, and recent disciplinary issues.

IT IS THEREFORE RECOMMENDED THAT:

1.     Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.  If Plaintiff wishes to continue this case, she should be required to submit the statutory filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the entry date of this order, along with a motion to reopen the case.  Upon receipt of the motion and full payment, this case should be reopened.

2.     The Court additionally certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this   8    day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]*See Lyons et al. v. McDonald et al.*, ED/AR No. 5:96CV00369; *Lyons v. Anderson*, ED/AR No. 5:96CV00463; and *Lyons v. Thompson*, ED/AR No. 5:96CV00547.