**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHANDRA LYONS, ADC #704518**                                   **PLAINTIFF**

**v.**                                   **CASE NO: 1:14CV00123 BSM**

**LINDA DIXON et al.**                                   **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young and the objections thereto have been reviewed.  After carefully consideration of the objections and a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      Chandra Lyons's application to proceed *in forma pauperis* [Doc. No. 3] is denied and her complaint [Doc. No. 1] is dismissed without prejudice.

2.      If Lyons wishes  wishes to continue this case, she must, within thirty days of the entry of this order, pay the $400 filing fee in full and file a motion to reopen the case.

3.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith

IT IS SO ORDERED this 28th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE