# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHANDRA LYONS, ADC #704518**                                      **PLAINTIFF**

**v.**                      **CASE NO: 1:14CV00123 BSM**

**LINDA DIXON et al.**                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

DATED this 28th day of October, 2014.

                                                               _/s/ Brian S. Miller_
                                                            UNITED STATES DISTRICT JUDGE